**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1823**

JOSE JEOVANY PEREZ,

                Petitioner,

      v.

WILLIAM P. BARR, Attorney General,

                Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted: February 19, 2019              Decided: August 23, 2019

Before GREGORY, Chief Judge, and WILKINSON and MOTZ, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Jay S. Marks, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner. Joseph H. Hunt, Assistant Attorney General, Jessica E. Burns, Senior Litigation Counsel, John B. Holt, Office of Immigration Litigation, Civil Division, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Jeovany Perez, a native and citizen of El Salvador, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's order denying his untimely motion to reopen. We have reviewed the administrative record and find no abuse of discretion. *See* 8 C.F.R. § 1003.23(b)(3) (2012). Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re Perez* (B.I.A. June 21, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*